UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:                                                      **NOTICE OF APPEARANCE**

Shlome Braun                                     Case No.: 18-23900-rdd
                                                             (Chapter 13)
                   Debtor.

                                                             Assigned to:
                                                             Hon. Robert D. Drain
_____      Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Rushmore Loan Management Services, LLC in the within proceeding with regard to its interest in the property known as 65 Reagan Road, Spring Valley, NY 10977.

      Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    December 28, 2018
                Williamsville, New York

                                                   Yours,
                                                   GROSS POLOWY, LLC
                                                   Attorneys for Rushmore Loan Management Services, LLC

                                                   Richard P Fay, Esq.
                                                 Gross Polowy, LLC
                                                 1775 Wehrle Drive, Suite 100
                                                 Williamsville, NY 14221
                                                 Telephone (716)204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Southern District Of New York

   John Fazzio, Esq.         Attorney for Debtor

   Krista M. Preuss, Esq.     Chapter 13 Trustee