# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Shlome Braun                                    CASE NO.: 18–23900–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx–xx–7132

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 13 case.

Shlome Braun was dismissed from the case on July 31, 2019 .

Dated: July 31, 2019                                   Vito Genna
                                                       Clerk of the Court